**NOT**
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 004242
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 006787
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
Phone:  (702) 727-1400; Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Jorge.Ramirez@wilsonelser.com
Attorneys for Defendant WYNN LAS VEGAS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERRILL DAVIDOFF,<br><br>          Plaintiff,<br><br>     v.<br><br>WYNN LAS VEGAS, LLC; WYNN JOHN DOE<br>ENTITIES XI-X; AND JOHN DOES XI-XX,<br><br>          Defendants. | CASE NO.:  2:12-cv-01015-GMN -RJJ |

## NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO:   CLERK OF THE COURT; and

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant WYNN LAS VEGAS, LLC, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and JORGE A. RAMIREZ, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel PAUL F. HOFMANN formerly of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is no longer attorney of record in this case.  Defendant request that Mr. Hofmann be removed from the Court's electronic service list.

. . .

. . .

. . .

436666.1                                    Page 1 of 2

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ. and JORGE A. RAMIREZ, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant WYNN LAS VEGAS, LLC.  The firm name, address, telephone number, and fax number will remain the same.

DATED this _____ day of October, 2012.

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP


_____
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 004242
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 006787
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant WYNN LAS VEGAS, LLC


## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this _____ day of October, 2012 I electronically filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to all parties on file with the CM/ECF.

Jason Naimi, Esq.
J. Scott Dilbeck
**Naimi & Delbeck, CHTD.**
5495 S. Rainbow Blvd., Suite 202-C
Las Vegas, NV 89118
702.823.3333; FAX 702.823.3300
Attorney for Plaintiff


BY_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

SO ORDERED.

.
_____
US MAGISTRATE JUDGE
DATE: NOV. 14, 2012
436666.1

Page 2 of 2